**J. W. JENKINS SONS' MUSIC COMPANY v. Nona MATHEW.**

No. 396.

Circuit Court of Appeals, Tenth Circuit.
Jan. 13, 1931.

Vermilion, Evans, Carey & Lilleston, of Wichita, Kan., for appellant.

Payne H. Ratner, of Parsons, Kan., Harold Medill, of Independence, Kan., and A. M. Etchen, of Kansas City, Kan., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges, and KENNEDY, District Judge.

PER CURIAM.

Appeal dismissed January 13, 1931, per stipulation, at costs of appellant.

**George KUBIK, Appellant, v. UNITED STATES of America.**

No. 9133.

Circuit Court of Appeals, Eighth Circuit.
Feb. 17, 1931.

E. D. O'Sullivan and C. J. Southard, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**LANE CONSTRUCTION CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 43.

Circuit Court of Appeals, Second Circuit.
May 18, 1931.

Boardman & Grout, of Bridgeport, Conn., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and A. H. Conner, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and De Witt M. Evans, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

**Rose LEVITON, Administratrix, etc., Appellant, v. C. W. PUGSLEY.**

No. 9110.

Circuit Court of Appeals, Eighth Circuit.
Jan. 28, 1931.

L. B. Schwartz and S. P. Halpern, both of Minneapolis, Minn., for appellant.

Charles S. Kidder, William H. Freeman, Charles N. Orr, and Herman F. Stark, all of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, on motion of appellee under Rule 16.

**MADDEN BROTHERS, Incorporated, Appellant, v. RAILROAD AND WAREHOUSE COMMISSION of the State of Minnesota et al.**

No. 9037.

Circuit Court of Appeals, Eighth Circuit.
March 31, 1931.

For opinion below, see 43 F.(2d) 236.

H. A. Dancer, of Duluth, Minn., and Donald O. Wright and A. W. Bowen, both of Minneapolis, Minn., for appellant.

Henry N. Benson, Charles E. Phillips, and John F. Bonner, all of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal dismissed without prejudice and without taxation of costs in favor of either party in this court, per stipulation.